JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD WASHINGTON, | ) | No. LA CV 20-00741-VBF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| LAURA ELDRIDGE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that respondent's Motion to Dismiss is granted, the Petition in this matter is denied, and the action is dismissed with prejudice.

DATED: October 26, 2020                             /s/ Valerie Baker Fairbank
                                                    _____
                                                    HONORABLE VALERIE BAKER FAIRBANK
                                                    SENIOR UNITED STATES DISTRICT JUDGE